

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2019

No. 04-19-00636-CV

**THE STATE OF TEXAS,**
Appellant

v.

Luis Alberto **GONZALEZ;** Forty Five Thousand and Eight Hundred Ten and 10/100ths
(45,810.10) Dollars in US,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVJ000512D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On December 18, 2019, appellee Luis Alberto Gonzalez filed an "Unopposed Motion to Supplement the Clerk's Record," stating the clerk's record is incomplete because Exhibit A, entitled Affidavit of Border Bail Bonds C/O Roland O'Bryant, Jr., Owner and Custodian of Records, of Respondent's Objections and Reply to Plaintiff's Response to Respondent's Motion for Summary Judgment and Third Request for Sanctions is missing.

A review of the clerk's record confirms this exhibit is missing. Accordingly, we **GRANT** appellee's motion and **ORDER** the Webb County district clerk to file a supplemental clerk's record in this court **by January 6, 2020** with a copy of the missing exhibit. Because the appellate record is incomplete, no deadline currently exists for the State to file its brief. *See* TEX. R. APP. P. 38.6(a).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court